UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAERSK LINE

PLAINTIFF(S)

vs

BMV EXPORT & IMPORT, INC.

DEFENDANT(S)

COURT DATE:

Case No.
07 CIV 7690

AFFIDAVIT OF SERVICE OF:
SUMMONS & COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Dec 03, 2007**, at **1:20 PM**, I served the above described documents upon **BMV EXPORT & IMPORT, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **SOULA STRATTON / ADMINISTRATIVE ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **5045 N HARLEM AVE, CHICAGO, IL 60656.**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **50**  Hgt: **5'4"**  Wgt: **140**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct

Steven A Stosur, Lic #: 117-001119
Presidential Process Service, Inc.
147 Lexington Ave
New York, NY 10016
(212) 889-3200

SUBSCRIBED AND SWORN to before me this 3rd day of December, 2007

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME
Presidential Process Service, Inc.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35076