5-638558

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC #: _____
DATE FILED: _____

----------------------------------------------------------X
MAERSK LINE,

                         Plaintiff,

    - against -

BMV EXPORT & IMPORT, INC.,

                         Defendant.
----------------------------------------------------------X

07 CIV. 7690 (BAER)

DEFAULT JUDGMENT

      This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant BMV EXPORT & IMPORT, INC. on December 3, 2007 by personal service on Soula Stratton, Administrative Assistant and person authorized to accept, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

      Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

      ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant BMV EXPORT & IMPORT, INC. in the liquidated amount of $27,715.00, with interest at 6% from the respective dates due amounting to $1,083.24, plus the costs and disbursements of this action in the amount of $545.00, amounting in all to $29,343.24.

Dated: New York, New York
       ~~January ___, 2008~~
       February 25, 2008

                                        _____
                                        U.S.D.J.